828 

*ing Solicitor General Washington, Carl A. Auerbach, Harry H. Schneider* and *Josephine H. Klein* for respondent. 

No. 1226. TEXASTEEL MANUFACTURING CO. ET AL. *v.* SEABOARD SURETY CO.; and

No. 1227. ARMSTRONG ET AL. *v.* SEABOARD SURETY CO. May 19, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Alfred McKnight* for petitioners. *William E. Allen* and *Lewis M. Stevens* for respondent. Reported below: 158 F. 2d 90.

No. 1236. JONES & LAUGHLIN STEEL CORP. *v.* UNITED MINE WORKERS OF AMERICA ET AL. May 19, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *John C. Bane, Jr., John J. Wilson, John C. Gall, H. Parker Sharp* and *Alan D. Riester* for petitioner. *Acting Solicitor General Washington, Peyton Ford, John Ford Baecher, Paul A. Sweeney* and *Harry I. Rand* for the government respondents. 

No. 1239. HURT ET AL. *v.* COTTON STATES FERTILIZER CO. ET AL. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Murray C. Bernays* for Hurt, petitioner. *Charles J. Bloch* for the Cotton States Fertilizer Co. et al., and *Geo. P. Whitman* for Ellis, respondents. 
 

No. 1246. WALL WIRE PRODUCTS CO. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. May 19, 1947. Petition